[No. 44016-1-I.    Division One.    May 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
WALTER HICKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00460-1, Charles S. French, J., entered January 14, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44122-1-I.    Division One.    May 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT
MICHEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05892-3, Jeanette R. Burrage, J., entered January 12, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44161-2-I.    Division One.    May 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. THERESA ANN
TORVE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01006-6, Charles S. French, J., entered May 20, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44288-1-I.    Division One.    May 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS
HARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-1-00337-0, David A. Nichols, J., entered March 4, 1999. *Affirmed* by unpublished per curiam opinion.